UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Tina Peel ) | |
| ) | |
| ) | |
| Plaintiff, ) | Civil Action No.17-cv-12424-KAR |
| ) | |
| v. ) | |
| ) | |
| Comcast Cable Communications Management, LLC ) | |
| ) | |
| Defendant. ) | |

SETTLEMENT ORDER OF DISMISSAL
June 20, 2018

The court, having been advised on June 19th, 2018 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Forty Five (45) days if settlement is not consummated.

By the Court,

/s/ *Tamara Figueroa*
Tamara Figueroa
Deputy Clerk